CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Kesha Maye Petty**; DOB: 1985; United States<br>**Krystal Denea Tracy**; DOB: 1989; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-04921MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(2)(B)(ii),

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1:** On or about June 20, 2026, in the District of Arizona, **Krystal Denea Tracy** and **Kesha Maye Petty** did knowing or in reckless disregard of the fact that certain aliens, including Vivianna Yanez-Montero and Karime Guadalupe Lopez-Lopez, had not received prior official authorization to come to, enter, or reside in the United States, did bring, or attempt to bring, to the United States said aliens, in any manner whatsoever, regardless of any official action which may later be taken with respect to such aliens, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Section § 1324(a)(2)(B)(ii)**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On June 20, 2026, in the District of Arizona (Lukeville), at approximately 12:00 a.m., Customs and Border protection Officers (CBPOs) encountered **Kesha Maye Petty** presenting herself for inspection to enter the United States from Mexico through the primary vehicle lanes at the DeConcini Port of Entry in Nogales, Arizona, as the driver of a 2008 Jeep Patriot. **Petty** presented a State of Oklahoma driver license to CBPOs. **Petty** was accompanied by three female passengers. The first front seat passenger presented a State of Arizona identification card number bearing the name of Jennifer Christine Granillo. The passenger behind the driver presented a State of Arizona identification card bearing the name of **Krystal Denea Tracy**. And the third passenger presented a State of New Mexico driver license bearing the name of Julia Barton Lutz. **Petty** stated they were all distant coworkers. CBPOs noticed the female passengers represented as Jennifer Christine Granillo and Julia Baron Lutz did not resemble the persons on the documents they presented and referred the vehicle occupants to secondary inspection. In secondary inspection, **Petty** stated they were coming from the casino in Nogales, Sonora, Mexico and claimed the vehicle was loaned to her, but was unable to recall the vehicle owner's name. **Petty** stated the female passenger represented as Jennifer Christine Granillo was a friend. **Petty** and **Tracy** stated they had recently met Jennifer through Julia whom they claimed had been dating **Tracy's** brother for the past three or four years. **Petty** stated the four of them had traveled into Mexico together from Tucson, Arizona and they intended to travel to Julia's home in Albuquerque, New Mexico. CBPOs noticed the female passengers represented as Jennifer Christine Granillo, who claimed she was a United States citizen born in Tucson, Arizona, and Julia Barton Lutz, who claimed she was a United States citizen born in Albuquerque, New Mexico, spoke limited English. The CBP Officer then asked all four occupants to exit the vehicle, and they were all placed in handcuffs and escorted to the pat down area.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Vivianna Yanez-Montero and Karime Guadalupe Lopez-Lopez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Ernesto Guerra<br>Customs and Border Protection Officer |
|---|---|
| **Sworn by telephone** _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>Maria S. Aguilera | DATE<br>June 22, 2026 |

[1)] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Enderle

**Continued from front page.** 26-04921MJ

Once at the pat down area, the female passenger represented as Jennifer Christine Granillo admitted her real name is Viviana Yanez-Montero and that she is a Mexican citizen born in Michoacan, Mexico. Viviana Yanez-Montero stated she intended to travel to Phoenix, Arizona and admitted she was going to pay the female driver, Kesha Maye Petty, approximately $13,000 once she was in the United States. Viviana Yanez-Montero stated she was picked up on a road in Nogales, Sonora, Mexico and was told to say the Arizona ID was hers and she was a United States citizen. The female passenger represented as Julia Baron Lutz admitted her real name is Karime Guadalupe Lopez-Lopez and that she is a Mexican citizen born in Guamuchil, Sinaloa, Mexico. Karime Guadalupe Lopez-Lopez stated she intended to travel to Phoenix, Arizona to reunite with her spouse and admitted she was going to pay approximately $9,000. Karime Guadalupe Lopez-Lopez stated she was picked up at an OXXO in Nogales, Sonora and was given the New Mexico ID card by Kesha Maye Petty who instructed her to say she was a United States citizen and to remain calm while crossing the border. The secondary officer referred the vehicle occupants to Passport Control for further processing.

Material witness Vivianna Yanez-Montero admitted the State of Arizona identification card she presented did not belong to her and was being smuggled into the United States. Her real name is Viviana Yanez-Montero and she is a citizen and national of Mexico. Record checks revealed she do not possess the proper documentation to enter, pass through, or remain in the United States legally. She received the document from an unknown man in Nogales, Sonora, Mexico and stated her family had made all the arrangements to have her smuggled into the United States. Yanez-Montero was told by the unknown man and the other passenger to tell the officer once they arrived at the inspection both they were all friends.

Material witness Karime Guadalupe Lopez-Lopez admitted that the New Mexico Driver's License did not belong to her and stated that her true name is Karime Guadalupe Lopez-Lopez. She is a citizen and national of Mexico. She made arrangements in Mexico to be smuggled into the United States and paid $12,000 USD. She met **Petty** and **Tracy** in Nogales, Sonora, Mexico just outside the United States border and was handed the New Mexican driver's license by them. Record checks revealed she do not possess the proper documentation to enter, pass through, or remain in the United States legally.

After waving her *Miranda Rights* principal **Krystal Denea Tracy** stated she and her friend **Petty** traveled from Casa Grande, AZ to Nogales, Sonora Mexico for one day on June 20, 2026. She stated they spent a couple of hours at the casino and then ate at a restaurant before proceeding to the port of entry. **Petty** introduced her to the female passengers Yanes-Montero and Lopez-Lopez upon leaving the casino and told her she was going to give them a ride home. **Petty** assured her the females were "legal" and had valid IDs. They then drove to a restaurant and stayed there for about an hour. Yanes-Montero and Lopez-Lopez stayed in the vehicle waiting while they were eating inside the restaurant. Once they finished they all got in the car and proceeded to the port of entry. **Tracy** did not exchange any conversation with the female impostors due to lack of Spanish speaking skills, nor did she suspect of anything while traveling together. She was aware that **Petty** was lying to the CBPOs about their relationship with Yanes-Montero and Lopez-Lopez and didn't say anything because she was afraid she and **Petty** would get into trouble. **Tracy** lied to CBPOs in secondary, when she stated that one of the female impostors was dating her brother. **Tracy** denied having prior knowledge Yanes-Montero and Lopez-Lopez did not have valid entry documents and were attempting to enter the United States illegally. **Tracy** claims that she did not expect to receive money from **Petty** or anyone else for bringing the female passengers into the United States.

TIMOTHY COURCHAINE
Acting United States Attorney
District of Arizona
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,
Plaintiff,
vs.
**Krystal Denea Tracy**
**Kesha Maye Petty,**
Defendants.

Magistrate Judge's Case No. 26-04921MJ

AFFIDAVIT FOR DETENTION OF MATERIAL WITNESS

Ernesto Guerra on oath, deposes and states:
(Name of Affiant)

1. I am a Border Patrol Agent of the United States Border Patrol, Department of Homeland Security, Tucson, Arizona, and make this affidavit as such officer.

2. A criminal complaint in this matter has been filed charging that **Krystal Denea Tracy** and **Kesha Maye Petty** did knowingly transport certain illegal aliens, Vivianna Yanez-Montero and Karime Guadalupe Lopez-Lopez, hereinafter called the "witnesses," in the United States, knowing or in reckless disregard of the fact that the witnesses had come to, entered, or remained in the United States in violation of law.

3. The said witnesses have testimony to give in said matter of a material nature in that the witnesses illegally entered the United States and the defendants did transport in the United States in any manner whatsoever, said witnesses, regardless of any official action which may later be taken with respect to such witnesses which is a violation of law.

4. The above witnesses are citizens and residents of Mexico who entered the United States illegally and who would return to Mexico to reside if released in the proceeding.

5. Because of the above, the presence of the witnesses in further proceedings in the within matter could not be required by subpoena of the court system of the United States, and securing such presence by subpoena would become impracticable.

6. I therefore request that the above-named aliens be detained as witnesses for further proceedings in this case and that reasonable bail be set pursuant to Title 18, United States Code, Sections 3144 and 3142.

Ernesto Guerra
Customs and Border protection Officer
U.S. Customs and Border Protection
Nogales, Arizona
Sworn by telephone this June 22, 2026.

Maria S. Aguilera
United States Magistrate Judge